


**LAZARE POTTER GIACOVAS & MOYLE LLP**

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025

Direct: (212) 784-3291
yglazer@lpgmlaw.com

April 7, 2025

(*Via* ECF)

Honorable Jennifer H. Rearden
United States District Judge, S.D.N.Y.
500 Pearl Street, Room 1010
New York, New York 10007

Re:

> *Stephen B. Kaufman and Law Office of Stephen B. Kaufman, P.C. v. Travelers Casualty Insurance Company of America*
> United States District Court, S.D.N.Y.
> Docket No. 23 CV 9906 (JHR) (SLC)
> <u>LPGM File No.:</u>       340-1488

Dear Judge Rearden:

      This firm represents Defendant Travelers Casualty Insurance Company of America ("Travelers") in this matter. I submit this letter with, consent of Plaintiff's new counsel, seeking an adjournment of the in-person conference scheduled for April 25, 2025 at 11:15 a.m. as set forth in the March 31, 2025 Order (Dkt. 27). I will be flying on April 25, 2025 and the 11:15 a.m. conference is too tight schedule wise for an in person appearance. I would be available to appear on that date and time telephonically or via video if the Court would permit same. Otherwise, counsel and I have consulted and we are both available at any time on May 6, 8, or 9, 2025, should the Court have availability on those dates. There have been no prior requests to adjourn this conference and this adjournment will not impact any other dates.

      Thank you for your consideration of this request.

Very truly yours,

*s/yale glazer*

Yale Glazer

cc:   James Forde, Esq.
       (*via* ECF)

---

**Application GRANTED.** Counsel for all parties shall appear on Microsoft Teams for the initial pretrial conference scheduled for **April 25, 2025** at **11:15 a.m.** The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID 524 715 746 followed by the pound (#) key. The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: April 8, 2025