# EXHIBIT "2"

FILED: BRONX COUNTY CLERK 04/24/2025 08:52 PM INDEX NO. 813429/2024E

NYSCEF DOC. NO. 5 RECEIVED NYSCEF: 04/25/2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
--------------------------------------------------------------------X
STEPHEN B. KAUFMAN and LAW OFFICE OF
STEPHEN B. KAUFMAN, PC,

                       *Plaintiff,*

           -against-

3397 REALTY LLC and JLP METRO MANAGEMENT,
INC.,

                       *Defendants.*

--------------------------------------------------------------------X

**STIPULATION**

**Index No.: 813429/2024E**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

attorneys for the parties hereto that the plaintiff may file and serve a Supplemental Summons and

Amended Complaint adding TRAVELERS CASUALTY INSURANCE COMPANY OF

AMERICA as a defendant.

      It is further agreed to and stipulated that facsimile or counter-signed copies of this

stipulation shall have the same effect as an original signature.

LAW OFFICE OF STEPHEN B. KAUFMAN.    HARWOOD LLOYD, LLP

BY: Linda P. O'Gorman, Esq.                 BY: Judy Brown, Esq.
*Attorneys for Plaintiff*                    *Attorneys for Defendants*
3397 E. Tremont Avenue                      *3397 REALTY LLC and JLP METRO*
Bronx, New York 10461                      MANAGEMENT, INC.
(718) 822-0500                            1345 Avenue of the Americas
LpOgorman@sbk.nyc                   New York New York 10105
                                     *New Jersey Office:*
                                     130 Main Street, Hackensack, NJ 07801
                                     (201) 359-3528